IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                  Case No. 3:19cr149/RV

PEDRO RAMIREZ-AMARAS
  a/k/a "Pedro Pascual Ramirez-Almarez"

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, PEDRO RAMIREZ-AMARAS, to Count I of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this _17_ day of January 2020.

                                                      ROGER VINSON
                                                      SENIOR UNITED STATES DISTRICT UDGE